UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 10619 RCL** Civil Action No.

| | |
|---|---|
| JAMES R. MENARD, <br> Plaintiff | ) <br> ) <br> ) MAGISTRATE JUDGE RBC |
| vs. | ) NOTICE OF REMOVAL <br> ) |
| C&S WHOLESALE GROCERS, <br> INC., et al., <br> Defendants | ) <br> ) <br> ) |

RECEIPT # 54919
AMOUNT $ 150.00
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. T.O.M
DATE 3/31/04

TO: The Honorable Judges of the United States District Court
for the District of Massachusetts

Petitioners, C&S Wholesale Grocers, Inc. ("C&S") and Marilyn Tillinghast ("Ms. Tillinghast") collectively known as ("Defendants"), respectfully state to the Court:

1. On or about February 25, 2004, Plaintiff James R. Menard ("Plaintiff") commenced in the Norfolk County Superior Court Department of the Trial Court of the Commonwealth of Massachusetts (Civil Action No. 04-00317 B) a civil action against Defendants. Plaintiff's complaint alleges Defendants discriminated against Plaintiff on the basis of age in violation of Massachusetts General Laws Chapter 151B. A copy of the complaint is attached hereto as Exhibit 1.

2. Defendants were served, and received within the meaning of 28 U.S.C. § 1446, copies of the complaint and a summons on March 3, 2004. A copy of the summonses are attached hereto as Exhibit 2.

3. Defendants served their answer on March 22, 2004.

4.  Defendants were served and received a copy of the Civil Action Cover Sheet on March 23, 2004. A copy of the Civil Action Cover Sheet is attached hereto as Exhibit 3.

5.  As appears from Plaintiff's complaint, Plaintiff is a Massachusetts resident residing in Worcester County. C&S is a Vermont corporation with its principal place of business in Brattleboro, Vermont. Ms. Tillinghast is a Vermont resident residing Putney.

6.  The United States District Court has original diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy is between citizens of different states and the amount in controversy exceeds in the sum or value of $75,000, exclusive of interest and costs, and the case is removable under 28 U.S.C. § 1441.

WHEREFORE, Defendants request this Court to assume full jurisdiction over the action, as provided by law.

Dated: March 30, 2004

The Defendants
C&S WHOLESALE GROCERS, INC.
and MARILYN TILLINGHAST
By Their Attorneys

*Mary L. Kennedy (CEC)*
Mary J. Kennedy
BBO No. 552345
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA 01115
Tel: (413) 272-6242
Fax: (413) 272-6803

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on March 30, 2004.

*Mary L. Kennedy (CEC)*
Mary J. Kennedy