UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10619 RCL

| | | |
|---|---|---|
| JAMES R. MENARD, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF |
| | ) | MARILYN TILLINGHAST |
| C&S WHOLESALE GROCERS, | ) | |
| INC., et al., | ) | |
|     Defendants | ) | |

I, Marilyn Tillinghast, do depose and state as follows:

1. I live at 34 Lower Cassidy Road, Putney, Vermont. Since September 1997, my home on 34 Lower Cassidy Road has been my primary residence. Presently, and as of February 2004, I have and had no intention of moving from my home on Lower Cassidy Road, Putney, Vermont.

2. Since June 1995, I have been employed at C&S Wholesale Grocers, Inc. in Brattleboro, Vermont. My office is located in Brattleboro, Vermont.

3. I am registered to vote in the State of Vermont.

4. I have a Vermont driver's license.

5. My savings and checking accounts are in a Vermont bank.

6. In 2004, I filed personal income taxes in the State of Vermont.

7. I own a second home in Orleans, Massachusetts. During the time period of May 2003 to the present, I have spent a grand total of approximately two weeks in Orleans, Massachusetts.

8. I am *not* registered to vote in the Commonwealth of Massachusetts.

9. I do <u>not</u> have a driver's license from the Commonwealth of Massachusetts.

Signed under the penalties of perjury this ___12th___ day of May, 2004.

*/s/ Marilyn J. Tillinghast*
Marilyn Tillinghast

STATE OF VERMONT

___Windham County___, ss.                                          ___May    12___, 2004

On the __12th__ day of __may__, 2004, Marilyn Tillinghast personally appeared before me and acknowledged the foregoing instrument to be her free act and deed.

*/s/ Dena M. Vitello*
Notary Public
My Commission Expires: 2/10/2007