UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10619 RCL

| | |
|---|---|
| JAMES R. MENARD,  )<br>　　　Plaintiff　　　) <br>　　　　　　　　　　　) <br>vs.　　　　　　　　　) <br>　　　　　　　　　　　) <br>C&S WHOLESALE GROCERS, ) <br>INC., et al.,　　　　) <br>　　　Defendants　　  ) | DEFENDANT C&S WHOLESALE GROCERS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3 |

　　　Pursuant to Local Rule 7.3(A) of the United States District Court For The District of Massachusetts, defendant, C&S Wholesale Grocers, Inc., hereby states that it is a Vermont corporation, that it has no parent corporation, and that no publicly held company owns ten percent (10%) or more of its stock.

　　　　　　　　　　　　　　　　　　　The Defendant
　　　　　　　　　　　　　　　　　　　C&S WHOLESALE GROCERS, INC.
　　　　　　　　　　　　　　　　　　　By Its Attorneys:

　　　　　　　　　　　　　　　　　　　/s/ Mary J. Kennedy

Dated: May 27, 2004　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mary J. Kennedy
　　　　　　　　　　　　　　　　　　　　BBO No. 552345
　　　　　　　　　　　　　　　　　　　Bulkley, Richardson and Gelinas, LLP
　　　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2700
　　　　　　　　　　　　　　　　　　　Springfield, MA 01115
　　　　　　　　　　　　　　　　　　　Tel: (413) 272-6242
　　　　　　　　　　　　　　　　　　　Fax: (413) 272-6803

Certificate of Service

　　　I certify that a true copy of the above document was served upon the attorney of record for each party by mail on May 27, 2004.

　　　　　　　　　　　　　　　　　　　/s/ Mary J. Kennedy
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mary J. Kennedy