UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES R. MENARD
    Plaintiff

V.                                          CIVIL ACTION NO. 04-10619-RCL

C&S WHOLESALE GROCERS, INC., ET AL
    Defendants

LINDSAY, D.J.

## ORDER OF REMAND

In accordance with the Order allowing Plaintiff's Motion to Remand dated July 14, 2004; it is hereby ORDERED:

The above-entitled action is REMANDED to Norfolk Superior Court.

                                                       Tony Anastas, Clerk

July 14, 2004                                      By: /s/ Lisa M. Hourihan
                                                                 Deputy Clerk