UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10619 RCL

| | | |
|---|---|---|
| JAMES R. MENARD, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | DEFENDANTS' |
| | ) | MOTION FOR RECONSIDERATION |
| C&S WHOLESALE GROCERS, | ) | OF COURT'S ORDER |
| INC., et al., | ) | DATED JULY 14, 2004 |
|     Defendants | ) | |

Defendants, C&S Wholesale Grocers, Inc. ("C&S") and Marilyn Tillinghast, hereby move for reconsideration of the order of this Court (Lindsay, J.) dated July 14, 2004 granting Plaintiff's Motion to Remand this matter to the Norfolk (Massachusetts) Superior Court, and request permission to file a supplemental affidavit and memorandum of law providing additional information to show that C&S does <u>not</u> have its principal place of business in Massachusetts.

In support of this motion, defendants rely on the Supplemental Affidavit of Carl Wistreich, attached hereto as Exhibit A, and the memorandum of law filed herewith.

                                                                       The Defendants
                                                                       C&S WHOLESALE GROCERS, INC.
                                                                       and MARILYN TILLINGHAST
                                                                       By Their Attorneys

                                                                       /s/ Mary J. Kennedy

Dated:   July 15, 2004                              _____
                                                                        Mary J. Kennedy
                                                                            BBO No. 552345
                                                                       Bulkley, Richardson and Gelinas, LLP
                                                                       1500 Main Street, Suite 2700
                                                                       Springfield, MA 01115
                                                                       Tel: (413) 272-6242
                                                                       Fax: (413) 272-6803

<u>Local Rule 7.1 Certification</u>

       I certify that, pursuant to Local Rule 7.1, on July 15, 2004, I conferred with counsel for the plaintiff and have attempted in good faith to resolve or narrow the issues in this motion.

                                                                      /s/ Mary J. Kennedy
                                                                      Mary J. Kennedy