# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04CV-10619RCL**

| | |
|---|---|
| _____ | ) |
| **JAMES R. MENARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **C&S WHOLESALE GROCERS, INC. and** | ) |
| **MARILYN TILLINGHAST,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

Please notice the appearances of David M. Felper and Kathryn E. Abare with the law firm of Bowditch & Dewey, LLP, as counsel for Plaintiff James R. Menard in the above-captioned matter.

JAMES R. MENARD

By his Attorneys,

/s/ Kathryn E. Abare, Esq.
David M. Felper, Esq., BBO #162460
Kathryn E. Abare, Esq., BBO #647594
Bowditch & Dewey, LLP
311 Main Street - P.O. Box 15156
Worcester, MA  01615-0156
(508) 791-3511

Dated: July 29, 2004